■ ANTHONY FAMA, an Infant, by His Parent and Natural Guardian, THERESA FAMA, et al., Appellants, v. ECONOMY VOLKSWAGEN, INC., et al., Defendants, and VOLKSWAGEN OF AMERICA, INC., Respondent.— Order of the Supreme Court, Kings County, entered April 2, 1973, affirmed, with $20 costs

and disbursements (cf. *Bush* v. *E. H. Cottrell, Inc.*, 33 A D 2d 983; *Sucrest Corp.* v. *Fischer Governor Co.*, 36 A D 2d 702). The time within which appellants may furnish a copy of the report of the expert is extended until 20 days after entry of the order to be made hereon. Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.